UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

TUNGSTEN HEAVY POWDER AND
PARTS, INC.

*Plaintiff,*

v.

GLOBAL TUNGSTEN & POWDERS
CORPORATION and DOES 1-10

*Defendants.*

Case No. _____

**COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF AND
DAMAGES**

Plaintiff Tungsten Heavy Powder and Parts, Inc. ("THPP"), brings this Complaint against

Defendant Global Tungsten & Powders Corporation ("GTP") and DOES 1-10 (collectively,

"Defendants" or "GTP"), and alleges as follows:

**INTRODUCTION**

1.     THPP brings this Complaint to stop a direct competitor, and its representatives

and agents, from deploying false and defamatory statements about its products and business

practices – including false allegations that it is violating the law – in a classic unfair competition

scheme to take business and customers away from it, undermine its competitive position, and

impair its reputation and good will.

2.     THPP is a leading manufacturer of tungsten powder, as well as other tungsten-

based products.  Tungsten and tungsten-based products are essential materials in a variety of

commercial manufacturing applications across a wide spectrum of industries, including the

defense and aerospace, automotive, and healthcare industries.

3.     Unable or unwilling to compete on the merits, one of THPP's direct competitors,

GTP, has launched a disturbing campaign to disseminate false and defamatory statements in the

marketplace about THPP to its customers and prospective customers. As part of this campaign, which is apparently being coordinated among and between its management, representatives, and an outside lobbying firm, GTP is telling THPP's customers and prospective customers that it false represents the origin of its products and commits violations of federal laws and regulations in their importation. All of these statements are categorically false and defamatory.

4. GTP's defamation campaign is unfair and wrongful. GTP's conduct violates multiple laws designed to prevent this very kind of unfair competition that distorts the marketplace and undermines competition on the merits. And GTP's actions have caused and are continuing to cause THPP grave and irreparable harms. GTP's actions are disrupting and damaging THPP's relationships with customers and prospective customers, causing THPP to lose customer orders, requiring THPP to expend time and energy to combat GTP's actions, and causing irreparable harm to THPP's reputation, brand image, and goodwill in the marketplace.

5. THPP has demanded GTP to stop its unlawful and harmful conduct, but it has refused. Accordingly, THPP brings this action formally to put an end to GTP's wrongful conduct and obtain injunctive and declaratory relief, as well as monetary damages to redress the harms that GTP's actions have caused THPP.

## THE PARTIES

6. THPP is a leading manufacturer of high-density tungsten powder and related products, and is located in San Diego, California. THPP manufactures a host of tungsten products, including tungsten bucking bars (which are used in the aviation industry), spheres, balls, cubes, and tungsten buffer weights. Tungsten provides its products and services to customers in diverse industries around the country.

7. GTP is a direct competitor to THPP. GTP develops, manufactures, and markets refractory metal powders and specialty products, including Tungsten powder and products. GTP is headquartered in Towanda, Pennsylvania.

8. The true names and capacities of defendants Does 1 through 10, inclusive, are unknown to THPP at this time, which therefore sues such defendants by such fictitious names. Upon information and belief, THPP alleges that each fictitious defendant is in some way responsible for, participated in, or contributed to the matters and things of which THPP complains herein, and in some fashion has legal responsibility therefor, or has, or claims to have, some interest in or to any of the property sought to be foreclosed herein, which interests or claims are subsequent, subordinate and subject to the security interest and liens in favor of THPP therein. When the true names of such defendants and, as appropriate, their respective interests in said property or their responsibility for, participation in and contribution to, the matters and things alleged herein are ascertained by THPP, THPP will seek leave to amend this Complaint to allege the same.

## JURISDICTION AND VENUE

9. The court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 because THPP is a citizen of California and GTP is a citizen of Pennsylvania and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

10. Venue is proper in this District because GTP resides in this District and a substantial part of the events giving rise to THPP's claims against GTP occurred in this District. 28 U.S.C. § 1391(b)(1) & (2).

## FACTUAL ALLEGATIONS

11. THPP is a leading manufacturer of tungsten power and a host of other tungsten products.

12.     Tungsten powder and tungsten-based products are essential in a variety of manufacturing applications across a wide spectrum of industries, such as the defense and aerospace, automotive, and healthcare industries.

13.     For example, Tungsten is used by healthcare companies to create radiation-shielding materials, in the technology industry to create nanowires, and in a variety of applications in the aerospace and defense industries, such as in the manufacture of spacecraft.

14.     Because of its high density, tungsten is also used in the production of weights, counterweights, and ballasts for yachts, airplanes, and race cars.

15.     THPP has long provided tungsten products to our armed forces, defense contractors, and many national laboratories.

16.     GTP manufactures specialty powders, including Tungsten powder, and is a direct competitor of THPP.

17.     GTP has recently orchestrated a systematic campaign to destroy THPP's reputation in the marketplace and deprive it of business.

18.     On information and belief, GTP and its management have coordinated with its sales representatives and a third party lobbying firm to spread false statements about THPP to its customers and prospective customers.

19.     Among other false statements, GTP's representatives have stated to customers that THPP falsely represents the origin or its products and violates federal laws in the importation of materials. As part of its campaign, GTP states that it intends to report THPP's "violations" of federal laws to the attention of law enforcement authorities.

20.     GTP's false statements include allegations that THPP is importing materials from the People's Republic of China ("PRC"), but is falsely representing to customers that the materials are made in the United States.

21.     GTP's false statements also include allegations that THPP is having its materials inspected in Mexico, which it alleges violates the federal International Traffic in Arms Regulations ("ITAR").

22.     GTP's statements are false.  THPP does not falsely represent to customers or prospective customers the origin of its products, have them improperly inspected in any foreign country, or violate federal laws in importing any materials from foreign sources.

23.     Nevertheless, GTP has made and continues to disseminate these false statements to THPP's current and prospective customers.

24.     At a recent industry trade show, on or about October 10, 2017, GTP's Vice President of Sales and Marketing, Stacy Garrity, communicated these false and defamatory statements about THPP to a current customer.

25.     On information and belief, GTP representatives, including Ms. Garrity, made similar statements to other THPP customers and prospective customers at the same trade show.

26.     On information and belief, GTP representatives continue to make false statements about THPP to customers and prospective customers in other contexts as well, such as in sales pitches and presentations and at other industry events.

27.     GTP's programmatic efforts to disseminate in the marketplace falsehoods about THPP and its business practices and compliance with the law are wrongful and unlawful and have caused and are continuing to cause THPP serious and irreparable harms.

28.     GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have disrupted and damaged THPP's relationships with current and prospective customers and are continuing to do so.

29. GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have caused and are continuing to cause THPP to lose current and future customer orders.

30. GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have caused and are continuing to cause THPP to expend time, energy, and resources to combat GTP's false statement campaign against it.

31. GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have caused and are continuing to cause irreparable harm to THPP's reputation, brand image, and goodwill in the marketplace.

32. THPP has demanded GTP to stop making false statements about it and to take corrective actions to address the harms the false statements have caused THPP.

33. But GTP has refused to stop making false statements about THPP or to take any steps to address the harms they have caused THPP.

## CAUSES OF ACTION

### COUNT I
### (Defamation)

34. THPP realleges and incorporates by reference as though fully set forth herein the allegations of Paragraphs 1 through 33 of this Complaint.

35. GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws are defamatory.

36. GTP's statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws are false.

37. GTC and its representatives and agents either knew these statements were false when they were made, or acted with reckless disregard of their truth or falsity.

38.    GTP published its defamatory statements to THPP's customers and prospective customers at a trade show, in sales meetings, and otherwise.

39.    GTP intended to harm THPP in its trade and business when it made false and defamatory statements about THPP to current and prospective clients, knowing such statements would likely result in pecuniary loss to THPP.

40.    GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have harmed and are continuing to harm THPP in its trade and business.

41.    GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have disrupted and damaged THPP's relationships with current and prospective customers and are continuing to do so.

42.    GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have caused and are continuing to cause THPP to lose current and future customer orders.

43.    GTP's false statements have caused and are continuing to cause THPP to suffer irreparable harms.

44.    GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have disrupted and damaged THPP's relationships with current and prospective customers and are continuing to do so.

45.    GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have caused and are continuing to cause THPP to lose current and future customer orders.

46.    GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have caused and are continuing to cause THPP to expend time, energy, and resources to combat GTP's false statements.

47.    GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have caused and are continuing to cause irreparable harm to THPP's reputation, brand image, and goodwill in the marketplace.

48.    THPP is entitled to preliminary and permanent injunctive and declaratory relief, and monetary damages as proved at trial.

## COUNT II
### (Intentional Interference with Business Relations)

49.    THPP realleges and incorporates by reference as though fully set forth herein the allegations of Paragraphs 1 through 33 of this Complaint.

50.    GTP's has undertaken a campaign to disseminate in the marketplace false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws to take business and customers away from it, undermine its competitive position, and impair its reputation and good will.

51.    GTP knew that these statements were made to THPP's current or prospective customers; that is the whole point of its campaign to damage THPP's business and reputation.

52.    By telling customers that THPP falsely represents to customers the origin of its products and violates federal laws and regulations, GTP intended to harm THPP and it THPP from entering contractual relationships with and receiving purchase orders from customers.

53.    GTP's false statements about THPP are neither privileged nor justified.

54.     GTP's false statements have cost THPP current and prospective business, including purchase orders from current and prospective customers.

55.     GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have disrupted and damaged THPP's relationships with current and prospective customers and are continuing to do so.

56.     GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have caused and are continuing to cause THPP to lose current and future customer orders.

57.     GTP's false statements have caused and are continuing to cause THPP to suffer irreparable harms.

58.     GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have caused and are continuing to cause THPP to expend time, energy, and resources to combat GTP's false statements.

59.     GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have caused and are continuing to cause irreparable harm to THPP's reputation, brand image, and goodwill in the marketplace.

60.     THPP is entitled to preliminary and permanent injunctive and declaratory relief, and monetary damages as proved at trial.

### COUNT III
### (Unfair Competition)

61.     THPP realleges and incorporates by reference as though fully set forth herein the allegations of Paragraphs 1 through 33 of this Complaint.

62.     THPP has an enforceable property right in the value of its purchase orders and other business with its customers.

63.    THPP has an enforceable property right in the commercial value of its business name and its reputation.

64.    THPP did not authorize GTP to misrepresent its company and business practices to its current and prospective clients.

65.    GTP's publication of false statements to current and prospective clients of THPP constitutes an unfair and immoral method of competition designed to take business from a competitor using illegitimate means that improperly distorts and tilts the competitive marketplace.

66.    GTP's false statements have cost THPP current and prospective business, including purchase orders from current and prospective customers.

67.    GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have disrupted and damaged THPP's relationships with current and prospective customers and are continuing to do so.

68.    GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have caused and are continuing to cause THPP to lose current and future customer orders.

69.    GTP's false statements have caused and are continuing to cause THPP to suffer irreparable harms.

70.    GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have caused and are continuing to cause THPP to expend time, energy, and resources to combat GTP's false statements.

71.    GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have caused and are continuing to cause irreparable harm to THPP's reputation, brand image, and goodwill in the marketplace.

72.     THPP is entitled to preliminary and permanent injunctive and declaratory relief, and monetary damages as proved at trial.

## COUNT IV
### (Civil Conspiracy)

73.     THPP realleges and incorporates by reference as though fully set forth herein the allegations of Paragraphs 1 through 33 of this Complaint.

74.     GTP has conspired with representatives and a third party lobbying firm to undertake a campaign to spread false statements in the marketplace about THPP, including that THPP falsely represents to customers the origin or its products and violates federal laws, to THPP's customers and prospective customers.

75.     GTP, its representatives, and a third party lobbying firm have made and continue to make false statements about THPP to THPP's current and prospective customers.

76.     These statements were made in violation of a number of laws, including laws against defamation, improper interference with business relations, and unfair competition.

77.     GTP, its representatives, and the lobbying firm undertook a campaign to spread false statements about THPP and its business practices with the intent to harm THPP's business, reputation, brand image, and good will.

78.     GTP's conspiracy and false statements have cost THPP current and prospective business, including purchase orders.

79.     GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have disrupted and damaged THPP's relationships with current and prospective customers and are continuing to do so.

80.     GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have caused and are continuing to cause THPP to lose current and future customer orders.

SMRH:227098403.1                                -11-

81. GTP's false statements have caused and are continuing to cause THPP to suffer irreparable harms.

82. GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have caused and are continuing to cause THPP to expend time, energy, and resources to combat GTP's false statements.

83. GTP's false statements that THPP misrepresents the origin of products to customers and prospective customers and violates federal laws have caused and are continuing to cause irreparable harm to THPP's reputation, brand image, and goodwill in the marketplace.

84. THPP is entitled to preliminary and permanent injunctive and declaratory relief, and monetary damages as proved at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, THPP prays for this Court to enter judgment against GTP, granting the following relief:

1. Declarations that GTP:

- Made false and defamatory statements about THPP;

- Intentionally interfered with business relationships between THPP and its current and prospective customers;

- Engaged in unfair competition by using unlawful and immoral methods to take business from THPP and damage its reputation and goodwill;

- Participated in a conspiracy to defame THPP, interfere with its current and prospective contracts, take its business, and harm its reputation and goodwill.

2. Preliminary and permanent injunctive relief prohibiting GTP from:

- Making any false and defamatory statements about THPP;

- Interfering with THPP's existing and prospective contracts, purchase orders, and customers;

- Using any unfair means to compete against THPP;

- Conspiring with representatives and lobby firms to defame THPP, interfere with its current or prospective contracts, or otherwise illegitimately take business from THPP.

3. Damages in an amount proven at trial, including, but not limited to: THPP's lost business; Defendants' ill-gotten and unjustly derived gains; and THPP's expenditures to repair is relationships with its clients and reputation in the community;

4. Punitive damages in an amount to be proven at trial,

5. Pre- and post-judgment interest, as permitted by law;

6. Costs and expenses incurred as a result of this suit, including expert witness fees;

7. For all other relief the Court deems just and proper.

Dated:  October 25, 2017

By: _____
Mark D. Bradshaw
Attorney I.D. No. 61975
Stevens & Lee
17 North Second, 16th Floor
Harrisburg, PA 17101
(717) 255-7357
*mdb@stevenslee.com*

*Attorneys for Plaintiff TUNGSTEN HEAVY POWDER AND PARTS, INC.*

Paul Werner
Hannah Wigger
Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue NW
Washington, D.C. 20006
Telephone: 202-747-1931
Facsimile: 202-747-381
*pwerner@sheppardmullin.com*
*hwigger@sheppardmullin.com*

*Attorneys for Plaintiff TUNGSTEN HEAVY POWDER AND PARTS, INC.*