# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TUNGSTEN HEAVY POWDER AND PARTS, INC., | No. 4:17-CV-01948 |
| Plaintiff. | (Judge Brann) |
| v. | |
| GLOBAL TUNGSTEN & POWDERS CORPORATION and DOES 1-10, | |
| Defendants. | |

## ORDER

**AND NOW**, this 1st day of February 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Global Tungsten & Powders Corporation's Motion to Dismiss the Complaint (ECF No. 5) is **GRANTED**.

2. Plaintiff Tungsten Heavy Powder and Parts, Inc.'s Complaint (ECF No. 1) is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

3. Plaintiff will have **twenty-one (21) days** from the date of this Order within which to file an amended complaint, to the extent it can do so consistent with diversity of citizenship jurisdictional requirements under 28 U.S.C. § 1332. In the event Plaintiff fails to file an amended

pleading within the aforementioned timeframe, this civil action will be closed by further Order of Court.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge