# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TUNGSTEN HEAVY POWDER AND PARTS, INC., <br><br> Plaintiff. <br><br> v. <br><br> GLOBAL TUNGSTEN & POWDERS CORPORATION, <br><br> Defendants. | No. 4:17-CV-01948 <br><br> (Judge Brann) |

## ORDER

**AND NOW**, this 5th day of July 2018, in accordance with the Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that:

1. Defendant Global Tungsten & Powders Corporation's Motion to Dismiss the Amended Complaint (ECF No. 14) is **DENIED**;

2. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendant shall answer Plaintiff's Amended Complaint within 14 days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge