# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TUNGSTEN HEAVY POWDER, INC., D/B/A TUNGSTEN HEAVY POWDER & PARTS | Case No. 4:17-CV-01948-MWB |
| *Plaintiff*, | [Judge Matthew W. Brann] |
| v. | |
| GLOBAL TUNGSTEN & POWDERS CORPORATION | |
| *Defendant*. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tungsten Heavy Powder, Inc. ("THP"), and Defendant Global Tungsten & Powders Corporation ("GTP"), file this Joint Stipulation Of Dismissal With Prejudice, and state as follows:

On October 25, 2017, THP filed a Complaint in the above-captioned matter against GTP. On February 22, 2018, THP filed an Amended Complaint. The parties have subsequently come to a mutual agreement and resolution of any and all claims related to THP's allegations. As a result, the parties stipulate to the dismissal of the Amended Complaint with prejudice.

-1-

Dated:  October 8, 2019

By:    /s/ *Paul Werner*
      Paul Werner

      Paul Werner (admitted *pro hac vice*)
      Hannah Wigger (admitted *pro hac vice*)
      Sheppard Mullin Richter & Hampton LLP
      2099 Pennsylvania Avenue NW
      Washington, D.C. 20006
      Telephone: 202-747-1931
      Facsimile: 202-747-3817
      *pwerner@sheppardmullin.com*
      *hwigger@sheppardmullin.com*

      Mark D. Bradshaw
      Stevens & Lee, P.C.
      17 North Second Street, 16th Floor
      Harrisburg, PA 17101
      Telephone: 717-255-7357
      Facsimile: 610-371-7362
      *mdb@stevenslee.com*

      *Attorneys for Plaintiff TUNGSTEN HEAVY*
      *POWDER, INC., d/b/a TUNGSTEN HEAVY*
      *POWDER & PARTS*

-2-

Dated:  October 8, 2019

By:    */s/ Bruce McKissock*

J. Bruce McKissock
Marshall Dennehey
2000 Market St., Suite 2300
Philadelphia, PA 19103
Tel: 215-575-4553
Email: JBMcKissock@MDWCG.com

Heather Fine
Marshall Dennehey
2000 Market St., Suite 2300
Philadelphia, PA 19103
Tel: 215-575-2884
Email: HRFine@MDWCG.com

*Attorneys for Defendant GLOBAL*
*TUNGSTEN & POWDERS CORPORATION*

-3-

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all interested parties using this Court's ECF filing system this 8th day of October, 2019.

*/s/ Paul Werner*