# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TUNGSTEN HEAVY POWDER AND PARTS, INC.

       Plaintiff,

    v.

GLOBAL TUNGSTEN & POWDERS CORPORATION,

       Defendant.

No. 4:17-CV-01948

(Judge Brann)

## ORDER

**AND NOW**, this 8th day of October 2019, in light of the Joint Stipulation of Dismissal filed on October 8, 2019, ECF No. 73, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge